UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action |
| | No. 20-10136-RGS-11 |
| v. | |
| MICHAEL STOKES | |

*Denied for the reasons stated by the government in its Opposition.
RGS Stearn DS 2-26-25*

---

EMERGENCY MOTION FOR MODIFICATION OF SENTENCE AND COMPASSIONATE
RELEASE 18 U.S.C. §3582(c)(1)(A)

---

1. INTRODUCTION

   Defendant Michael Stokes (hereinafter "Mr. Stokes") moves the Court, Pro se, to reduce his sentence or Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A)(i). Stokes asserts a combination of circumstances constitute "extaordinary and compelling reasons" warranting his compassionate release or reduction of his sentence under the statue. Mr. Stokes ask that his committed sentence be reduced to time served or converted to home confinement.

2. FACTUAL AND PROCEDURAL BACKGROUND

   For his participation in a drug conspiracy, Mr. Stokes plead guilty to one count of conspiracy to distribute cocaine and to possess with intent to distribute cocaine.

   On 2/14/2023, Mr. Stokes was sentenced to 36 months with 3 years supervised release. Defendant specifically accepted responsibility for for conspiracy to possess with intent to disribute cocaine on